# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | CRIMINAL NO.  19-CR-00193 |
| | * |
| SAMANTHA SNYDER LAPA | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Richard E. Shields, attorney for Defendant Samantha Snyder Lapa and moves this Honorable Court for an order continuing sentencing of the above styled cause and as grounds for such, asserts the following:

1. This matter is scheduled for sentencing April 8, 2022.

2. The Defendant and the government had anticipated to proceed with sentencing on that date and that cooperation as needed from this Defendant would be complete.

3. Pending charges in Florida must be resolved prior to this sentencing being ready to proceed. It appears Florida will dispose of those cases shortly.

4. The undersigned has consulted with AUSA George May who likewise does not oppose a continuance in this matter.

5. The parties believe a continuance of 120 days will be sufficient to complete and prepare this matter for final sentencing.

Wherefore the premises considered, the undersigned moves this Honorable Court for an order continuing the above styled cause for a minimum of 120 days

and for any other, further or different relief the premises considered.

                          Respectfully submitted,

                          /s/ Richard E. Shields
                          Richard E. Shields
                          Attorney for Defendant

Of Counsel:

McCleave & Shields, LLC
507 Church Street
Mobile, AL 36602
Telephone (251) 433-2001

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of March, 2022, a copy of the foregoing was served upon the following via electronic mail through the judicial system.

George May
Assistant United States Attorney
63 South Royal Street
Room 600
Mobile, Alabama  36602

                          /s/ Richard E. Shields
                          Richard E. Shields