# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | CRIMINAL NO.   19-CR-00193 |
| | * |
| SAMANTHA SNYDER LAPA | * |
| | |
| Defendant. | * |

## MOTION TO ADVANCE SENTENCING DATE

COMES NOW Richard E. Shields, attorney for Defendant Samantha Snyder Lapa and moves this Honorable Court for an order advancing sentencing hearing in the above styled cause and as grounds for such, asserts the following:

1. This matter is scheduled for sentencing on August 5, 2022.

2. This matter has been pending since November 21, 2019, when this Defendant entered a plea to the cause.

3. Sentencing in this matter has been delayed for reasons: first was to allow this Defendant to complete substantial assistance with the government; and secondly, to allow this Defendant to resolve charges pending in Florida.

4. The Defendant has completed her substantial assistance with the government.

5. The Defendant has resolved the pending matters in Floida.

6. The Defendant would like to proceed with sentencing.

7. This Defendant is incarcerated.

8. The Assistant US Attorney has been consulted in this matter and

agrees sentencing should be advanced.

9. The undersigned has consulted with the U.S. Probation Office who asks the motion be set no earlier from 14 days from the filing of this motion.

Wherefore the premises considered, the undersigned moves this Honorable Court for an order advancing the sentencing date of this Defendant after June 23, 2022, and for any other, further or different relief the premises considered.

Respectfully submitted,

/s/ Richard E. Shields
Richard E. Shields
Attorney for Defendant

Of Counsel:

McCleave & Shields, LLC
507 Church Street
Mobile, AL 36602
Telephone (251) 433-2001

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of June, 2022, a copy of the foregoing was served upon the following via electronic mail through the judicial system.

George May
Assistant United States Attorney
63 South Royal Street
Room 600
Mobile, Alabama  36602

/s/ Richard E. Shields
Richard E. Shields